IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERARDO LOPEZ-VEGA,** | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 2:24-cv-02677-MRP |
| **CORRECTIONAL OFFICER SGT. JENKINS,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 5th day of November, 2025, upon consideration of the Motion to Dismiss filed by Shukriya Jenkins (ECF No. 8), and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED.** The Complaint is **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that Plaintiff's counsel shall provide his client, Gerardo Lopez-Vega, with a copy of this Order and the accompanying Memorandum.

BY THE COURT:

_____
Hon. Mia R. Perez